UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Amadou Diabate,

        Plaintiff,

v.                                                      Case No. 18-cv-569 (JNE/SER)
                                                        ORDER

Minneapolis Public Housing Authority and
Securitas,

        Defendant.

On March 16, 2018, the Honorable Steven E. Rau, United States Magistrate Judge,

recommended that this action be dismissed without prejudice for lack of subject-matter

jurisdiction and that Plaintiff's application to proceed in forma pauperis be denied as

moot.  Plaintiff objected.  The Court has conducted a de novo review of the record.  *See*

D. Minn. LR 72.2(b).  Because Plaintiff has not adequately alleged the basis for the

Court's subject-matter jurisdiction over this action, the Court accepts the recommended

disposition.[1]  Therefore, IT IS ORDERED THAT:

1.     This action is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction.

2.     Plaintiff's application to proceed in forma pauperis [Docket No. 2] is DENIED as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 24, 2018

                            s/ Joan N. Ericksen
                            JOAN N. ERICKSEN
                            United States District Judge

---

[1]     The Court expresses no opinion on Securitas's citizenship. *Cf. Hill v. Securitas Sec. Servs. USA*, No. 09-cv-672-MJR-DGW, 2009 WL 4673899, at *1 (S.D. Ill. Dec. 3, 2009) ("The record disclosed . . . Securitas as a citizen of Delaware and California . . . .").